Jonathan T. Nish #11338
   Jonathan.Nish@chrisjen.com
Karra J. Porter, #5223 (pro hac vice)
   Karra.Porter@chrisjen.com
Stephen D. Kelson, #8458 (pro hac vice)
   Steve.Kelson@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
*Attorneys for Plaintiff Jake L. Sheeler*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JAKE L. SHEELER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGET MCARTHUR, an individual;<br>JEFFREY E. ELDRIDGE, an individual;<br>MARISA A. SALDANA, an individual;<br>ROGER SCHEI, an individual; and CITY OF POCATELLO, a municipal corporation;<br><br>    Defendants. | **DECLARATION OF<br>ROBERT H. FRIEDMAN, M.D.**<br><br><br>Case No.: 4:22-cv-00313-AKB<br><br>Judge Amanda K. Brailsford |

I, Robert H. Friedman, M.D., state and declare under penalty of perjury as follows:

1. I am a citizen of the United States, a resident of the State of Idaho, and I am over the age of twenty-one (21) years.

2. I have been retained by the Plaintiff, Jake Sheeler, to provide expert testimony in this case.

3. Attached hereto as Exhibit 1 are my reports containing my opinions in this case, and the basis and reasons for them, along with my curriculum vitae.

4. If called upon to do so, I will give sworn testimony before this Court in accordance with the opinions expressed in the attached reports.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States to the best of my knowledge and belief.

DATED this 16th day of February, 2024.

                                             */s/ Robert H. Friedman, M.D.\**
                                             Robert H. Friedman, M.D.

                                             *\*Electronically signed with permission from Friedman in writing, on file*

2

Case no.: 4:22-cv-00313-AKB
DECLARATION OF ROBERT H. FRIEDMAN, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2024, I caused a true and correct copy of the foregoing **DECLARATION OF ROBERT H. FRIEDMAN, M.D.** to be filed with the Clerk of the Court via the CM/ECF system, which sent automatic notification to the following:

BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Blake Hall - bgh@hasattorneys.com
Sam Angell - sla@hasattorneys.com
Justin Walter - jrw@hasattorneys.com
*Attorneys for Defendants*

       /s/ Ashlee Mason
       Paralegal to Karra J. Porter

# Exhibit 1



# INTEGRATED MEDICAL EVALUATIONS, INC.

♦ 6087 S. Quebec St., Suite 200, Centennial, Colorado 80111
♦ Phone: 303.328.0128 ♦ Toll Free: 866.584.9810
♦ Fax: 303.577.0297 ♦ www.imewest.com

August 17, 2023

Christensen & Jensen
257 East 200 South
Ste 1100
Salt Lake City, UT  84111

ATTN:  Stephen Kelson

RE:     Claimant:  Jake Sheeler
        Claim:  N/A

Dear Stephen Kelson,

Attached is the Chart Review report regarding Jake Sheeler dictated by Robert H. Friedman, M.D. Please do not hesitate to contact our office at 303-328-0128 or toll free 866-584-9810 if you have questions regarding this report or if we can be of any further assistance.  Thank you for your business and we look forward to working with you in the future.

Sincerely,

Integrated Medical Evaluations, Inc.

© 2016 Integrated Medical Evaluations, Inc.  All rights reserved. This material is confidential and may not be distributed without the written permission of Integrated Medical Evaluations, Inc.



**iPM&R**
Idaho Physical Medicine & Rehabilitation

**PROVIDERS:**
Robert H Friedman, MD
Christian G Gussner, MD
Mark J Harris, MD
Shane A Maxwell, DO
Kurt A Mildenstein, MD
Barbara E Quattrone, MD
Travis J. Williams, DO
Timothy J. Zielicke, DO

**SPECIALTY SERVICES:**

*Pain & Physical Medicine*
Fluoroscopic Spine Injections
Epidural Steroid Injections
Nerve Blocks
Radiofrequency Ablation
Spinal Cord Stimulation
Trigger Point Injections
Intrathecal Pumps
Musculoskeletal Disorders
Prosthetics / Orthotics
Botulinum Injections
Medication Management

*Electrodiagnostic Medicine*
Nerve Conduction Study
Electromyography (EMG)

*Occupational Medicine*
Workers Compensation Injuries
Independent Medical Exams
Impairment Ratings

*Rehabilitation*
Inpatient / Outpatient
Stroke
Orthopedic
Traumatic Brain Injury
Spinal Cord Injury
Spasticity Management
Muscular Dystrophy Clinic

**MAILING ADDRESS:**
PO Box 1128
Boise, ID 83701-1128

www.idahopmr.com

August 4, 2023

Integrated Medical Evaluations Inc

RE: **Jake Sheeler**
DOB: **11/04/1991**
DOI: **09/25/2020**

Dear Integrated Medical Evaluations Inc:

Thank you for the opportunity to review the medical records on Mr. Jake Sheeler. Mr. Sheeler's medical records are dated from September 25, 2020, through January 16, 2021, when he was discharged from University of Utah's rehabilitation unit. There are no treatment records after that date. There is a letter addressed To Whom It May Concern dated May 28, 2020, from Paolo Horge, MD, Board Certified Pain Medicine Diplomat American Board of Physical Medicine and Rehabilitation, and March 28, 2022, from St. Jude Heritage Medical Group Department of Pain Management and Electrodiagnostic Medicine in Fullerton, California.

I did have the opportunity to review the following documents:
1. Legal documents including plaintiff's second supplement to rule 26 initial disclosure.
2. Verified complaint and demand for jury trial as well as plaintiff's rule 26 initial disclosures.
3. I reviewed the deposition of Jake Sheeler on February 16, 2023, and February 17, 2023.
4. I reviewed the deposition of Kristin Simoni on February 17, 2023.
5. Pocatello Police Department incident report of September 25, 2020. This included numerous interviews and investigation.
6. I personally reviewed images of a CT of the left shoulder with contrast on November 25, 2020, noting no acute or obvious fractures, previous thoracic spine injury and rib fracture.
7. September 25, 2020, pre-hospital care reports from Pocatello.
8. Radiology reports from September 25, 2020, through November 25, 2020.

**Boise Office**
161 E. Mallard Dr., Suite 120 Boise, Idaho 83706
Office: (208) 884-1333   Fax: (208) 489-4015

**Meridian Office**
3551 E. Overland Rd.   Meridian, Idaho 83642
Office: (208) 884-1333   Fax: (208) 884-3082

RE: Jake Sheeler
Page-2-

9. Portneuf Medical Center inpatient hospitalization from emergency room on September 25, 2020, through extensive intensive care unit hospitalization for treatment, medical stabilization, and ultimate discharge on November 9, 2020. Diagnoses include T4 paraplegia complete, weakness to left upper extremity, gunshot wound to the neck, gunshot wound to the left leg, episode of COVID pneumonia, chest infection with Staph aureus and Aspergillus, gunshot wounds as well as decubitus ulcer, neurogenic bladder, neurogenic bowel, etc.
10. Western Peak Specialty Hospital (LTAC), November 7, 2020, pre-admission evaluation through December 3, 2020. Including respiratory treatment, decannulation of his tracheostomy, and preparation for transfer to long-term care while on continued medical treatment.
11. South Davis Community Hospital records as well as Lakeview Hospital records from November 9, 2020, through December 4, 2020.
12. University of Utah Rehabilitation treatment notes from December 4, 2020, through January 16, 2021, with reported discharge to California.
13. Providence St. Jude Heritage Medical Group, Paolo Horge, MD, letter opinioning spinal cord injury, lack of bladder and bowel control, using Hoyer lifts for transfers. Multiple episodes of autonomic dysreflexia, chronic pain management, as well as left brachioplexus injury causing left upper extremity weakness and contractures, limiting his independence.
14. Multiple bills from facilities including but not limited to Portneuf Medical Center, Western Peak Specialty Hospital, South Davis Community Hospital, Lakeview Hospital, and the University of Utah.

I have personally reviewed these medical records as well as the radiologic images.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

*[signature]* 8/16/2023

Robert H. Friedman, M.D.
Board Certified PM&R
Idaho License #5327



### Idaho Physical Medicine & Rehabilitation

**PROVIDERS:**
Robert H Friedman, MD
Christian G Gussner, MD
Mark J Harris, MD
Shane A Maxwell, DO
Kurt A Mildenstein, MD
Barbara E Quattrone, MD
Travis J. Williams, DO
Timothy J. Zielicke, DO

**SPECIALTY SERVICES:**

*Pain & Physical Medicine*
Fluoroscopic Spine Injections
Epidural Steroid Injections
Nerve Blocks
Radiofrequency Ablation
Spinal Cord Stimulation
Trigger Point Injections
Intrathecal Pumps
Musculoskeletal Disorders
Prosthetics / Orthotics
Botulinum Injections
Medication Management

*Electrodiagnostic Medicine*
Nerve Conduction Study
Electromyography (EMG)

*Occupational Medicine*
Workers Compensation Injuries
Independent Medical Exams
Impairment Ratings

*Rehabilitation*
Inpatient / Outpatient
Stroke
Orthopedic
Traumatic Brain Injury
Spinal Cord Injury
Spasticity Management
Muscular Dystrophy Clinic

**MAILING ADDRESS:**
PO Box 1128
Boise, ID 83701-1128

www.idahopmr.com

August 8, 2023

Integrated Medical Evaluations Inc

**RE:** Jake Sheeler

Dear Integrated Medical Evaluations Inc:

I have reviewed the first responder report from Bannock County Ambulance District of September 25, 2020, as well as the emergency room physician's evaluation at Portneuf Medical Center of September 25, 2020. I also reviewed the body cam video/audio of the shooting and immediate, police officer, field trauma care.

They both document gunshot wound to the left neck above the clavicle, a posterior chest wound, a left anterior chest wound, and a wound to the thigh. There are no chest wounds visible on the anterior chest in the body cam video (front of chest).

Based on my review of the medical records and the radiologic documentation on the CT chest, abdomen, and pelvis of September 25, 2020, of Mr. Sheeler, there is evidence that the gunshot wound to the chest involving the left T4, T5, and T6 vertebrae was from the posterior (back). There are gunshot fragments posterior to the spine (behind) from T2 through T5. A second gunshot wound was associated with fractures of the left 9th and 10th ribs with pulmonary injury.

There are no descriptions as to whether these are entrance or exit wounds. It is my opinion there were 2 gunshot wounds to the leg with EMTs documenting a gunshot wound near the knee and radiology studies of gas and metal fragments in the thigh.

**Boise Office**
161 E. Mallard Dr., Suite 120 Boise, Idaho 83706
Office: (208) 884-1333  Fax: (208) 489-4015

**Meridian Office**
3551 E. Overland Rd. Meridian, Idaho 83642
Office: (208) 884-1333  Fax: (208) 884-3082

RE: Jake Sheeler
Page-2-

It is my medical opinion based on the records provided that the upper thoracic gunshot wound, cause of paraplegia, entered from the posterior (back) based on the wound descriptions and radiologic reports. Medical language described the chest as anterior (front) or posterior (back). This describes the thoracic chest cavity, encased in the ribs, protecting the heart and lungs front and back.

I hold these opinions to a reasonable degree of medical certainty.

If you have any further questions or concerns, please feel free to contact me.

Sincerely,

Robert H. Friedman, M.D.
Board Certified PM&R
Idaho License #5327

cc: Stephen Kelson, attorney

Sheeler v. Pocatello City
CIVRT / D9087

# Log of Materials to Friedman

| Bates-Numbers | Description |
| --- | --- |
| SHEELER 017516-017525 | Jakes Wounds |

| Bates-Numbers | Description |
| --- | --- |
| Dkt 01-1 | Federal Court Complaint with Photos |
| Bates Nos. 3090 | Bodycam (last 5 minutes or so are key) |

| Bates-Numbers | Description |
| --- | --- |
| SHEELER 19946-19972 | Joseph Heritage Health Bills |
| SHEELER 19973-20024 | Hoag Hospital Bills |

| Bates-Numbers | Description |
| --- | --- |
| SHEELER 19945 | Providence Mission Hospital Radiology<br><br>Note: Open the DICOM icon and drag the image you want onto DICOM screen |

| Bates-Numbers | Description |
| --- | --- |
| SHEELER 17527-17537 | Clivena Urgent Care Bills |
| SHEELER 17538-17579 | Clivena Urgent Care Records |
| SHEELER 17580-17584 | Progeny Psychiatric Clinic/Inst. Bills |
| SHEELER 17585-17642 | Progeny Psychiatric Clinic/Inst. Records |
| SHEELER 17643-17659<br>SHEELER 17660-17696 | Providence Mission Hospital Bills |

Page 1 of 2

Sheeler v. Pocatello City
CIVRT / D9087

| | |
|---|---|
| SHEELER 17697-19890 | Providence Mission Hospital Records |
| SHEELER 19891-19900 | St. Joseph Heritage Healthcare Bills |
| SHEELER 19901-19944 | Mission Heritage Medical Group Urgent Care Records |

| Bates-Numbers | Description |
|---|---|
| Sheeler 017526 | Portneuf Medical Center Imaging Disc |

| Bates-Numbers | Description |
|---|---|
| Sheeler 00001-00513 | Police Report |
| Sheeler 00878-17515 | Medical Records & Bills |
| n/a | Complaint 9-20-2022 |
| n/a | Sheeler Initial Disclosures |
| n/a | Sheeler 2nd Supplement to Initial Disclosures |
| n/a | Deposition of J. Sheeler Vols. I & II |
| n/a | Deposition of K. Simoni |

See FINAL Report for any additional materials relied upon.

# FAXSHEET

| | |
|---|---|
| Date: | 08/21/2023 02:00:32 AM |
| To: | Mr Kelson |
| Subject: | Patient Document |
| Fax Number: | 801-355-3472 |
| To Company: | |
| From Name: | Dugdale CMA, Rachel |
| From Company: | IDAHO PHYSICAL MED AND REHAB BOISE |
| From Facility: | IDAHO PHYSICAL MED AND REHAB BOISE |
| Support Contact: | 208-884-3082 |
| Number of Page(s): | 2 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**



**iPM&R**
Idaho Physical Medicine & Rehabilitation

**PROVIDERS:**
Robert H Friedman, MD
Christian G Gussner, MD
Mark J Harris, MD
Shane A Maxwell, DO
Kurt A Mildenstein, MD
Barbara E Quattrone, MD
Travis J. Williams, DO
Timothy J. Zielicke, DO

**SPECIALTY SERVICES:**

*Pain & Physical Medicine*
Fluoroscopic Spine Injections
Epidural Steroid Injections
Nerve Blocks
Radiofrequency Ablation
Spinal Cord Stimulation
Trigger Point Injections
Intrathecal Pumps
Musculoskeletal Disorders
Prosthetics / Orthotics
Botulinum Injections
Medication Management

*Electrodiagnostic Medicine*
Nerve Conduction Study
Electromyography (EMG)

*Occupational Medicine*
Workers Compensation Injuries
Independent Medical Exams
Impairment Ratings

*Rehabilitation*
Inpatient / Outpatient
Stroke
Orthopedic
Traumatic Brain Injury
Spinal Cord Injury
Spasticity Management
Muscular Dystrophy Clinic

**MAILING ADDRESS:**
PO Box 1128
Boise, ID 83701-1128

www.idahopmr.com

August 16, 2023

Karen Martinez
Medical Records Associate
Integrated Medical Evaluations

**RE:   Jake Sheeler**

Dear Integrated Medical Evaluations:

Thank you for additional records provided, specifically multiple photographs of Mr. Sheeler anteriorly as well as numerous gunshot wound entry sites. The pictures do not change any of my previously held or offered opinions.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Robert H. Friedman, M.D.
Board Certified PM&R
Idaho License #5327
RHF/ey
8/16/2023
8/18/2023

**Boise Office**
161 E. Mallard Dr.,   Suite 120   Boise, Idaho 83706
Office: (208) 884-1333   Fax: (208) 489-4015

**Meridian Office**
3551 E. Overland Rd.   Meridian, Idaho 83642
Office: (208) 884-1333   Fax: (208) 884-3082



**PROVIDERS:**
Robert H Friedman, MD
Christian G Gussner, MD
Mark J Harris, MD
Shane A Maxwell, DO
Kurt A Mildenstein, MD
Barbara E Quattrone, MD
Travis J. Williams, DO
Timothy J. Zielicke, DO

**SPECIALTY SERVICES:**

*Pain & Physical Medicine*
Fluoroscopic Spine Injections
Epidural Steroid Injections
Nerve Blocks
Radiofrequency Ablation
Spinal Cord Stimulation
Trigger Point Injections
Intrathecal Pumps
Musculoskeletal Disorders
Prosthetics / Orthotics
Botulinum Injections
Medication Management

*Electrodiagnostic Medicine*
Nerve Conduction Study
Electromyography (EMG)

*Occupational Medicine*
Workers Compensation Injuries
Independent Medical Exams
Impairment Ratings

*Rehabilitation*
Inpatient / Outpatient
Stroke
Orthopedic
Traumatic Brain Injury
Spinal Cord Injury
Spasticity Management
Muscular Dystrophy Clinic

**MAILING ADDRESS:**
PO Box 1128
Boise, ID 83701-1128

www.idahopmr.com

October 23, 2023

Integrated Medical Evaluations, Inc

**RE:  Jake Sheeler**
**DOB: 11/04/1991**
**DOI: 09/25/2020**

Dear Integrated Medical Evaluations:

Thank you for the opportunity to review additional medical records on Mr. Sheeler. These included defendant's expert witness disclosure including curriculum vitae from Barbara C. Wolf, MD, and her extensive professional history; defendant's supplemental expert witness disclosure; and multiple photographs of the site, a dummy dressed in clothing with bar in place, a pistol, garage, and shell casings.

I have reviewed Dr. Wolf's opinion that there was no evidence for gunshot wounds to the "back."

Based on my review of the medical records at Portneuf Medical Center including emergency room and hospital stay as well as the body camera images including the first responder and physician's attendance to Mr. Sheeler while he was lying supine in the field, removing his clothes, and addressing emergent needs, there is no evidence in any of the records or the video that there are wounds to the anterior chest or abdomen.

This supports my opinion on a more probable than not basis and to a reasonable degree of medical certainty that there were no injuries sustained to his anterior chest or abdomen.

After reviewing Dr. Wolfs written report, my previous opinions remain the same and unchanged.

I hope this answers any and all questions. If you have any further questions or concerns, please feel free to contact me.

Sincerely,

Robert H. Friedman, M.D.
Board Certified PM&R
Idaho License #5327
cc:   Anna Christianson

**Boise Office**
161 E. Mallard Dr., Suite 120  Boise, Idaho 83706
Office: (208) 884-1333   Fax: (208) 489-4015

**Meridian Office**
3551 E. Overland Rd.   Meridian, Idaho 83642
Office: (208) 884-1333   Fax: (208) 884-3082